```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 31482
   CEDRIC CORDELL SHAW
                                           CHAPTER 13

                                           JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-2450


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/24/2004 and was confirmed 10/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  20.50% from remaining funds.

     The case was paid in full 04/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP     SECURED           6900.00        510.68       6900.00
ASPIRE                     UNSECURED       NOT FILED           .00           .00
AT & T WIRELESS            UNSECURED OTH    2001.74           .00        410.44
BANK ONE                   UNSECURED       NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         214.76           .00         44.03
CREDIT FIRST               UNSECURED         743.82           .00        152.48
CAPITAL ONE BANK           UNSECURED         674.34           .00        138.24
ALLIED INTERSTATE          UNSECURED       NOT FILED           .00           .00
CHASE FREEDOM              UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED         200.00           .00         41.00
CREDIT SERVICE DIVISION    UNSECURED       NOT FILED           .00           .00
EVERGREEN FINANCE          UNSECURED       NOT FILED           .00           .00
FINGERHUT CREDIT ADVANTA   UNSECURED         306.43           .00         62.82
NCO                        NOTICE ONLY    NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         753.82           .00        154.53
IL DEPT OF EMPLOYMENT SE   UNSECURED        3713.00           .00        761.17
RADIOLOGY IMAGING CONSUL   UNSECURED       NOT FILED           .00           .00
UNION PLUS                 UNSECURED       NOT FILED           .00           .00
PINNACLE CREDIT SERVICES   UNSECURED       11584.41           .00       2374.80
CREDIT ACCEPTANCE CORP     UNSECURED         772.72           .00        158.41
PREMIER BANCARD CHARTER    FILED LATE       437.84            .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY       NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED            .00           .00           .00
CREDIT ACCEPTANCE CORP     SECURED             .00           .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY    2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                       891.40
DEBTOR REFUND              REFUND                                         13.35


     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 31482 CEDRIC CORDELL SHAW
```

```
TRUSTEE                                15,313.35

PRIORITY                                                        .00
SECURED                                                    6,900.00
    INTEREST                                                 510.68
UNSECURED                                                  4,297.92
ADMINISTRATIVE                                             2,700.00
TRUSTEE COMPENSATION                                         891.40
DEBTOR REFUND                                                 13.35
                                    ---------------    ---------------
TOTALS                                 15,313.35          15,313.35
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 07/29/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE